396 A.2d 840

Pattinato, et ux. v. Moody, Appellant, et al.

Argued October 26, 1978. Charles Kirshner, for appellant; Bruce R. Martin, for appellee, Wudkwych; Louis B. Loughren, for appellees, Pattinato, et ux.

Before PRICE, HESTER and LIPEZ, JJ.

Order affirmed.

396 A.2d 841

Pivirotto et al. v. Natale, Appellant.

Argued October 25, 1978. John J. Hickton, for appellant; Rodney W. Fink, for appellees.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.